UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AYALA, BALTAZAR, and | ) | Chapter 7 |
| AYALA, ANA, | ) | Case No. 13-72142 |
| Debtors. | ) | |

## MOTION FOR TURNOVER

NOW COMES James R. Inghram, Trustee, and in support of his Motion for Turnover, states:

1.     On November 11, 2013, Debtors filed a Chapter 7 Voluntary Petition in Bankruptcy and the undersigned was appointed as Trustee.

2.     Debtors schedule a 2005 GMC Yukon believed by the Trustee to have a value of $13,000.  Fifth Third Bank holds a lien against the vehicle in the approximate sum of $4,287 and Debtors use their vehicle exemption of $2,400, leaving equity of approximately $6,313.

3.     Debtors schedule a 2011 Dodge Challenger believed by the Trustee to have a value of $21,150.  Bank of America holds a lien against the vehicle in the approximate sum of $14,163, leaving equity of approximately $6,987.

WHEREFORE, James R. Inghram, Trustee prays this Honorable Court enter an order directing and ordering the Debtor to turn over the 2005 GMC Yukon and 2011 Dodge Challenger and for such other and further relief as this Court deems equitable and just.

James R. Inghram #7317514

INGHRAM LAW OFFICES
Attorneys at Law
529 Hampshire Street, Ste 409
Quincy, Illinois 62301
Telephone: 217-222-7420
Facsimile: 217-222-1653
E-mail: inghram@inghramlaw.com

## CERTIFICATE OF SERVICE

      I, James R. Inghram, certify that an exact copy of the above and foregoing instrument was filed electronically with the Bankruptcy Court on January 22, 2014 to be served upon the following parties by electronic transmission through the Case Management/Electronic Case Filing System of the U.S. Bankruptcy Court to:

- **Peter C. Bastianen**   pete.bastianen@il.cslegal.com

- **Jeffrey Ian Cisco**   jeffc@kanoski.com

- **James R Inghram**   bankruptcy@inghramlaw.com, IL52@ecfcbis.com;linda@inghramlaw.com;sherene@inghramlaw.com;lori@inghramlaw.com;ranae@inghramlaw.com

- **Michael J Logan**   mikeloganlaw@netzero.net

- **U.S. Trustee**   USTPRegion10.PE.ECF@usdoj.gov

                              James R. Inghram #7317514

INGHRAM LAW OFFICES
Attorneys at Law
529 Hampshire Street, Ste. 409
Quincy, Illinois 62301
Telephone: 217-222-7420
Facsimile: 217-222-1653
E-mail: inghram@inghramlaw.com